JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. N &J GROUP INVESTMENT LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01530-FLA (KKx)<br><br>**ORDER DISMISSING ACTION [DKT. 22]** |

1

1  On August 28, 2023, Plaintiff Nelson Chilin ("Plaintiff") filed a Notice of
2  Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 22.
3  Having considered the Notice of Dismissal and finding good cause therefor, the court
4  hereby ORDERS:
5      1.  All dates and deadlines governing this action are VACATED.
6      2.  The court DISMISSES the action without prejudice.

8      IT IS SO ORDERED.

10 Dated: August 30, 2024

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge